Per Curiam.

(No. 7013

Mobile Drilling Company, Inc., Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed February 1, 1973.*

190

MOBILE DRILLING COMPANY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.